OPINION — AG — 57 O.S. 1971 527 [57-527], WHICH PROHIBITS FULL TIME EMPLOYEES OF THE DEPARTMENT OF CORRECTIONS TO BE EMPLOYED BY ANOTHER STATE, DEPARTMENT OR INSTITUTION AS A PART TIME OR FULL TIME EMPLOYEE, IS PRESUMED TO BE CONSTITUTIONAL BECAUSE IT APPEARS RATIONALLY RELATED TO A LEGITIMATE STATE PURPOSE. (DUAL COMPENSATION, STATE EMPLOYEES, DUAL JOBS) CITE: 57 O.S. 1971 527 [57-527] (SUSAN TALBOT)